IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jones, Randall W | Case Number: 07 B 14877 |
|---|---|---|
| | Jones, Kimberly A | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 8/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 716.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 677.34 |
| Trustee Fee: | | 38.66 |
| Other Funds: | | 0.00 |
| Totals: | 716.00 | 716.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ronald B Lorsch Esq | Administrative | 3,514.00 | 677.34 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Nationwide Cassel | Secured | 5,425.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 15,000.00 | 0.00 |
| 5. | ER Solutions | Unsecured | 62.90 | 0.00 |
| 6. | St Margaret Mercy Hospital | Unsecured | 359.73 | 0.00 |
| 7. | St Margaret Mercy Hospital | Unsecured | 50.30 | 0.00 |
| 8. | Capital One | Unsecured | 97.34 | 0.00 |
| 9. | Nationwide Cassel | Unsecured | 14.86 | 0.00 |
| 10. | AT&T Wireless | Unsecured | | No Claim Filed |
| 11. | Lake Imaging LLC | Unsecured | | No Claim Filed |
| 12. | Sprint | Unsecured | | No Claim Filed |
| 13. | City of Calumet City | Unsecured | | No Claim Filed |
| 14. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 15. | Community Hospital | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Leonard V Covello MD | Unsecured | | No Claim Filed |
| 19. | MARK T. NOOTENS MD | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 22. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 23. | Radiology Center SC | Unsecured | | No Claim Filed |
| 24. | All Financial Services, Inc | Unsecured | | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jones, Randall W<br>Jones, Kimberly A<br>Printed: 12/13/07 | Case Number: 07 B 14877<br>Judge: Wedoff, Eugene R<br>Filed: 8/17/07 |

| | | | |
|---|---|---|---|
| 26. QV-Child Life Center | Unsecured | | No Claim Filed |
| 27. Robert G Michaels & Associates | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 24,524.13 | $ 677.34 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.66 |
| | _____ |
| | $ 38.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ MMach_____